

**Cohen & Mizrahi LLP**

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

December 9, 2019

MEMO ENDORSED

**VIA ECF**
Hon. Judge Abrams
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/19

Re: Diaz v. MSD USA, LLC. Case No: 1:19-cv-07353-RA

To the Honorable Judge Abrams,

The undersigned represents Plaintiff Edwin Diaz (hereinafter "Plaintiff") in the above-referenced matter.

By way of background, this matter has been pending before the Court since August 7, 2019, and while Defendant was properly served, it has not appeared or otherwise responded to the Complaint.

This Letter is submitted in response to the Court's November 1, 2019 Order directing Plaintiff to move for a Default Judgment by December 5, 2019. Plaintiff first and foremost apologizes for not timely requesting an extension to file the Motion for Default Judgment. The undersigned apologizes and assures the Court that it will be more timely moving forward.

In light of the above, Counsel for Plaintiff respectfully requests an additional 21 days in which to attempt to contact Defendant or otherwise move for Default Judgment.

Thank you for the consideration of Plaintiff's request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

---

Application granted. If Plaintiff still intends to move for default judgment, he shall do so no later than January 3, 2020.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 10, 2019