UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Edwin Diaz, *individually and on behalf of all other persons similarly situated*,

                Plaintiff,

v.

MSD USA, LLC,

                Defendant.

---

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/31/20

19-CV-7353 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 10, 2019, the Court gave Plaintiff until January 3, 2020 to move for a default judgment. To date, Plaintiff has not done so.

Accordingly, no later than February 7, 2020, Plaintiff shall move for a default judgment, in accordance with the Court's individual rules, if he seeks to do so. If Plaintiff fails to do so, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

SO ORDERED.

Dated:    January 31, 2020
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge